Dismissed and Memorandum Opinion filed May 1, 2008








Dismissed
and Memorandum Opinion filed May 1, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00995-CV

____________

 

DONALD L. YOUNG, ET AL,
Appellants

 

V.

 

CHRIS DI FERRANTE,
Appellee

 



 

On Appeal from County
Court at Law No. 2

Galveston County, Texas

Trial Court Cause No.
52,700-B

 



 

M E M O R A N D U M  O P I N I O N

This is
an appeal from a judgment signed August 16, 2007.  The notice of appeal was
filed on November 19, 2007.  On February 29, 2008, appellee filed a motion to
dismiss this appeal for failure to pay the filing fee.








To date,
our records show that appellant has neither established indigence nor paid the
$175.00 appellate filing fee.  See Tex.
R. App. P. 5 (requiring payment of fees in civil cases unless indigent);Tex.
R. App. P. 20.1 (listing requirements for establishing indigence); see also Order Regarding Fees Charged in Civil Cases in the Supreme Court
and the Courts of Appeals and Before the Judicial Panel on Multidistrict
Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007) (listing fees in
court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same). 

After being given the requisite ten-days= notice that this
appeal was subject to dismissal, appellant has not paid the filing fee in accordance with our
order of April 3, 2008.  See Tex.
R. App. P. 42.3.  Accordingly, the motion is granted and the appeal is
ordered dismissed.  See Tex. R.
App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply
with notice from clerk requiring response or other action within specified
time).  

 

PER CURIAM

 

 

Judgment rendered and Memorandum Opinion filed May 1,
2008.

Panel consists of Justices Frost, Seymore, and Guzman.